est of the appellants herein in the property which is the subject of this action, or in the proceeds of the sale thereof.

HUDSON, Appellant, v. DELAWARE & H. CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Elizabeth J. Hudson, as administratrix, etc., against the Delaware & Hudson Company.

PER. CURIAM. Judgment and order affirmed, with costs.

COCHRANE, J., dissents.

HUNTINGTON, Appellant, v. SHEEHAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Lebaron M. Huntington against Daniel Sheehan and others.

PER CURIAM. Judgment affirmed, with costs, upon the authority of Swing v. Dayton, 124 App. Div. 58, 108 N. Y. Supp. 155, and 196 N. Y. 503, 89 N. E. 1113.

SMITH, P. J., not voting.

JACOBS, Respondent, v. JACOBS, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Bessie Jacobs against Harry J. Jacobs. M. D. Steuer, for appellant. E. T. Taliaferro, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 128 App. Div. 930, 113 N. Y. Supp. 1135.

JANOTA, Appellant, v. STERN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 3, 1911.) Action by Louis Janota against Louis Stern and another. J. M. Grossman, for appellant. T. H. Lord, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

In re JOACHIM. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) In the matter of Henry Joachim, an attorney. No opinion. Motion granted, and respondent's name stricken from the roll of attorneys.

JOHNS, Respondent, v. WALKER, Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Robert Johns against Fred S. Walker. No opinion. Judgment and order unanimously affirmed, with costs.

JOHNSON, Appellant, v. LONG ISLAND R. CO., Respondent, et al. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Adolph Johnson, as administrator, etc., of Oscar S. Johnson, deceased, against the Long Island Railroad Company, impleaded, etc.

PER CURIAM. Judgment and order affirmed, with costs.

CARR, J., not voting.

JOHNSON, Appellant, v. MORSE DRY DOCK & REPAIR CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Thomas Johnson, as administrator, etc., against the Morse Dry Dock & Repair Company.

PER CURIAM. Motion denied, on condition that the appellant pay the respondent $10 costs, perfect his appeal, place the case on the March calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

JOHNSTOWN MOCHA MILLS CO., Appellant, v. CHAPOT et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by the Johnstown Mocha Mills Company against John M. Chapot and others. No opinion. Judgment unanimously affirmed, with costs.

JONES, Appellant, v. DODGE, Respondent. (Supreme Court, Appellate Division, Second Department. January 20, 1911.) Action by Herbert C. Jones against William De Leftwich Dodge. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 137 App. Div. 853, 122 N. Y. Supp. 815.

JOSEPH v. SULZBERGER et al. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Appeal from Special Term, New York County. Action by Frederick Joseph against Ferdinand Sulzberger and another. From parts of an order denying a motion to vacate an order for examination before trial of the individual defendant, and granting the motion as to defendant corporation, both parties appeal. Modified. See 136 App. Div. 499, 121 N. Y. Supp. 73. Samuel Untermyer, for plaintiff. Paul D. Cravath, for defendant. ﹀

PER CURIAM. The order should be modified, so as to deny the motion of the defendant to vacate or modify the original order for the examination of the individual defendant and the defendant Sulzberger & Sons Company; the original order, requiring the examination of both defendants, reinstated, with $10 costs and disbursements to the plaintiff; the date of the examination to be fixed on the settlement of the order.

KALIL'S RESTAURANT, Appellant, v. FOUNDATION CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by the Kalil's Restaurant against the Foundation Company and others. A. I. Elkus, for appellant. T. Farley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KAPLAN, Appellant, v. FAERBER, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Annie Kaplan against Moritz Faerber. No opinion. Motion for reargument denied, with costs. See, also, 125 N. Y. Supp. 1126.